IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOE HOUSTON, Individually, | : Case No.: 0:11cv62003 |
| Plaintiffs, | : |
| v. | : |
| GULFSTREAM PARK RACING ASSOCIATION, INC., a Florida Corporation; and VILLAGE AT GULFSTREAM PARK, LLC,  A Florida Limited Liability Company , | : |
| Defendant. | : |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, JOE HOUSTON, Individually, by and through undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle on all issues herein. The parties anticipate that they will be able to draft and exchange the settlement documents and dismiss the instant action within 30 days.

Respectfully submitted,

*Counsel for Plaintiff*

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com


By:  /s/ Thomas B. Bacon
     Thomas B. Bacon, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on this September 21, 2012 to all parties of record via the CM/ECF system.


By: /s/ Thomas B. Bacon