UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62003-CIV-SELTZER

<u>CONSENT CASE</u>

JOE HOUSTON,

      Plaintiff,

vs.

GULFSTREAM PARK RACING ASSOCIATION, INC., a Florida corporation, and VILLAGE AT GULFSTREAM PARK, LLC, a Florida limited liability company,

      Defendants.

_____/

<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Stipulation for Voluntary Dismissal of Claims with Prejudice (DE 68) and was referred to the undersigned pursuant to the consent of the parties (DE 13, DE 21, and DE 47). The Court has carefully reviewed the Stipulation, the docket in this case, and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The parties' Joint Motion for Approval of Stipulation for Voluntary Dismissal of Claims with Prejudice (DE 68) is GRANTED;

2. This matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees;

3. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement; and

4. The Clerk shall CLOSE this case and DENY any pending motions as moot.

DONE AND ORDERED in Fort Lauderdale, Florida, this 4th day of December 2012.

*[signature]*
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record